No. 767. UNITED STATES *v.* KURAMOTO. Appeal from the District Court of the United States for the Western District of Washington. March 11, 1935. Dismissed on motion of *Solicitor General Biggs* for the United States.

No. 628. UNITED STATES *v.* BELCHER. Appeal from the District Court of the United States for the Northern District of Alabama. April 1, 1935. Motion of appellant to dismiss the appeal and that mandate issue forthwith submitted by *Solicitor General Reed* for the appellant and by *Mr. Borden H. Burr* for the appellee in opposition thereto, and the motion granted.